*1123 ante, p. 1016;
ante, p. 1010;
ante, p. 1005;
ante, p. 1019;
ante, p. 1037;
ante, p. 1037;
*1124 No. 94-7455.
No. 94-7651.
No. 94-7672.
No. 94-7704.
No. 94-7730.
No. 94-7808.
No. 94-7815.
No. 94-7877.
No. 94-7880.
No. 94-7931.
No. 94-7937.
No. 94-7951.
No. 94-8019.
ante, p. 1021;
ante, p. 1007;
ante, p. 1021;
ante, p. 1022;
ante, p. 1022;
ante, p. 1024;
ante, p. 1025;
ante, p. 1026;
ante, p. 1026;
ante, p. 1039;
ante, p. 1039;
ante, p. 1039; and
ante, p. 1053. Petitions for rehearing denied.